# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **SANDRA SCHULTZ-WELLER,** | |
| Plaintiff, | |
| | Civil Action No. 2:08-CV-0170 |
| v. | |
| | Judge Algenon L. Marbley |
| **NATIONWIDE MUTUAL INSURANCE CO.,** | |
| | Magistrate Judge King |
| Defendant. | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 20, 2009 Opinion and Order, the Court GRANTS Defendant's Motion for Summary Judgment. This case is DISMISSED.

Date: **November 20, 2009**     James Bonini, Clerk

                              s/Betty L. Clark
                              Betty L. Clark/Deputy Clerk